## United States District Court for the Northern District of Illinois

Case Number: 08cv2452         Assigned/Issued By: j. n.

Judge Name:                          Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00
                ☐ IFP         ☐ No Fee     ☐ Other _____
                ☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                       _____
☐ Wage-Deduction Garnishment Summons   _____
                                       (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
        (Type of Writ)

_1_ Original and _0_ copies on _4/29/08_ as to _city of chicago_
                                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05