AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HENRY A. CARDENAS

CASE NUMBER: 08 cv 2452

V.

ASSIGNED JUDGE: Marvin E. Aspen

CITY OF CHICAGO and unnamed POLICE OFFICERS

DESIGNATED MAGISTRATE JUDGE: Geraldine Soat Brown

TO: (Name and address of Defendant)

City of Chicago
City Hall
121 North LaSalle Street, Suit 107B
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Katz Law Office, Ltd.
3157 N. California Ave
Chicago, IL 60618
(773) 539-8700

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*
(By) DEPUTY CLERK

May 1, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | May 2, 2008 |
| NAME OF SERVER *(PRINT)* Elizer Ramos | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Nancy Nieminski

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 2, 2008         *Elijer R* 
            Date                 Signature of Server

3157 N. California ave.
Address of Server

*[Stamp: RECEIVED 2008 MAY 2 AM 11 45 OFFICE OF THE CITY CLERK]*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



RECEIVED
2008 MAY 2 AM 11 46
OFFICE OF THE
CITY CLERK

