IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY A. CARDENAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 cv 2452 |
| | ) | |
| CITY OF CHICAGO and unnamed | ) | Judge Aspen |
| POLICE OFFICERS | ) | |
| | ) | Magistrate Judge Brown |
| Defendants. | ) | |

## MOTION FOR DEFAULT JUDGMENT

NOW COMES Plaintiff, HENRY A. CARDENAS, by and through his attorneys, Katz Law Office, Ltd., and for his Motion for Default as against Defendant, CITY OF CHICAGO and unnamed POLICE OFFICERS, he states as follows:

1. On or about April 25, 2008, Plaintiff filed a Complaint with the Clerk of the Northern District of Illinois Eastern Division against Defendants.

2. Defendants were personally served on March 2, 2008, at City of Chicago, City Hall, 121 North LaSalle Street, Suite 107B, Chicago, Illinois 60602. (See Affidavit of Special Process Server attached and incorporated into this Petition as "Exhibit A.")

4. Plaintiff checked the EFC/PACER online filing record on June 18, 2008, and no appearance or answer has been filed by the Defendants.

5. Plaintiff has not received any answer or appearance from the Defendants.

6. The Defendants have failed to file an appearance and answer, and, as such, are in default for failure to do so within the time allowed.

WHEREFORE, Plaintiff, HENRY A. CARDENAS, prays this Honorable Court enter an order holding Defendants CITY OF CHICAGO and unnamed POLICE OFFICERS in default for failure to file an appearance and answer.

    Respectfully submitted,

    /s/ Gina L. Reynolds, Esq.
    _____
    Attorneys for Plaintiff

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HENRY A. CARDENAS

|  |  |
|---|---|
| CASE NUMBER: | 08 cv 2452 |
| V. | |
| ASSIGNED JUDGE: | Marvin E. Aspen |
| CITY OF CHICAGO and unnamed POLICE OFFICERS | |
| DESIGNATED MAGISTRATE JUDGE: | Geraldine Soat Brown |

TO: (Name and address of Defendant)

City of Chicago
City Hall
121 North LaSalle Street, Suit 107B
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Katz Law Office, Ltd.
3157 N. California Ave
Chicago, IL 60618
(773) 539-8700

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*
(By) DEPUTY CLERK

May 1, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 2, 2008 |
| NAME OF SERVER *(PRINT)* Elizer Ramos | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __Nancy Nieminski__

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __May 2, 2008__   __Elizer R.__
         Date            Signature of Server

__3157 N. California ave.__
Address of Server

*RECEIVED 2008 MAY 2 AM 11 45 OFFICE OF THE CITY CLERK*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

