IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY A. CARDENAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 cv 2452 |
| | ) | |
| CITY OF CHICAGO and unnamed POLICE OFFICERS | ) ) | Judge Aspen |
| | ) | Magistrate Judge Brown |
| Defendants. | ) | |

NOTICE OF MOTION

TO:   City of Chicago
      City Hall
      121 North LaSalle Street, Suite 107B
      Chicago, Illinois  60602

YOU ARE HEREBY NOTIFIED that an Attorney for Plaintiff will appear before Honorable Judge Aspen on June 26, 2008 at .m. and present plaintiff's Motion for Default Judgment.

/s/ Gina L. Reynolds, Esq
_____
Katz Law Office, Ltd.

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalties of perjury, pursuant to the Federal Rules of Civil Procedure, that I served this Notice along with the attachments by causing them to be mailed to the above addressee with sufficient postage paid, by depositing them in a mailbox in Chicago, Illinois, and by filing this notice with the court's ECF system, which will send a notification via email. A copy was also mailed to the above address.

/s/ Gina L. Reynolds, Esq.
_____
Katz Law Office, Ltd.

Katz Law Office, Ltd.
3157 North California Avenue
Chicago, Illinois 60618
(773) 539-8700