# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 2452 |
| HENRY CARDENAS v. CITY OF CHICAGO, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITY OF CHICAGO - Defendant

| | |
|---|---|
| NAME (Type or print) | |
| Thomas J. Aumann | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Thomas J. Aumann | |
| FIRM | |
| Office of the Corporation Counsel, City of Chicago | |
| STREET ADDRESS | |
| 30 North LaSalle Street, Suite 1020 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06282455 | (312) 744-1566 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES　　NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES　　NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES　　NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES　　NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL　　　APPOINTED COUNSEL | |