UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Henry A. Cardenas
                         Plaintiff,

v.                                                Case No.: 1:08−cv−02452
                                                    Honorable Marvin E. Aspen

City Of Chicago, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 6/26/08:Status hearing held. Plaintiff fails to appear. Defense counsel appears. Plaintiffs' Motion for default judgment [9] is denied. Motion terminated. Defendants are given to and including 7/8/08 in which to file a responsive pleading ot the complaint. Status hearing continued to 7/24/2008 at 10:30 AM. Plaintiff's counsel appeared after the court call and was informed of the court's order. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.