IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY A. CARDENAS, | ) | |
| | ) | **No.  08 C 2452** |
| Plaintiff, | ) | |
| | ) | |
| | ) | JUDGE ASPEN |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, and UNNAMED POLICE OFFICERS, | ) ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | JURY DEMAND |

**NOTICE OF MOTION**

To:   Gina L. Reynolds
      Katz Law Office, Ltd.
      3157 N. California Ave.
      Chicago, Illinois  60618
      gina@katzlawchicago.com

    **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendant City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Aspen, or before such other Judge sitting in his stead, on the 15th day of July, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

    **DATED** at Chicago, Illinois this 8th day of July, 2008.

                                                                             By:   /s/ Thomas J. Aumann
                                                                                  THOMAS J. AUMANN
                                                                                    Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
Atty. No. 06282455