**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Henry A. Cardenas
                Plaintiff,

v.                                  Case No.: 1:08−cv−02452
                                                    Honorable Marvin E. Aspen

City Of Chicago, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 7/14/08:Defendant City of Chicago's agreed Motion for extension of time to answer [13] or otherwise plead to plaintiff's complaint is granted. Motion terminated. Amended complaint is to be filed on or before 8/22/08. Defendant(s) answer is to be filed on or before 9/3/08. The status hearing set for 7/24/08 is reset to 9/18/2008 at 10:30 AM. The motion hearing set for 7/15/08 is stricken.Judicial staff maield notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.