IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY A. CARDENAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 cv 2452 |
| | ) | |
| CITY OF CHICAGO and unnamed POLICE OFFICERS | ) ) | Judge Aspen |
| | ) | Magistrate Judge Brown |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Gina L. Reynolds, Counsel for Plaintiff Henry Cardenas, hereby respectfully requests leave to withdraw as counsel in the above-referenced case pursuant to LR 83.17. In support of my motion, I state as follows:

1) Katz Law Office, Ltd. (hereinafter, "KLOL") was retained by Plaintiff to represent him in this matter.

2) On or about April 25, 2008, I was working for KLOL and I filed my appearance in this cause on behalf of Plaintiff.

3) As of August 15, 2008, I will no longer be employed with KLOL.

4) The Plaintiff retained KLOL as his attorneys and not me personally.

5) KLOL will continue to represent Plaintiff in this matter. Juan David Pedraza of KLOL already has an appearance on file.

WHEREFORE, I, Gina L. Reynolds, pray that this Honorable Court grant my Motion for Leave to Withdraw as Counsel for Plaintiff Henry Cardenas.

1

Respectfully submitted,

/s/ Gina L. Reynolds_____
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Thomas J. Aumann, Esq. | Juan David Pedraza, Esq. |
| Office of the Corporation Counsel | Katz Law Office, Ltd. |
| City of Chicago | 4105 West 26th Street |
| 30 North LaSalle Street, Suite 1020 | Chicago, Illinois 60623 |
| Chicago, Illinois 60602 | |

/s/ Gina L. Reynolds
_____
Attorneys for Plaintiff

Katz Law Office, Ltd.
3157 North California Avenue
Chicago, Illinois 60618
773-539-8700