IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY A. CARDENAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08 cv 2452 |
| CITY OF CHICAGO and unnamed POLICE OFFICERS | ) ) ) ) | Judge Aspen  Magistrate Judge Brown |
| Defendants. | ) | |

### NOTICE OF MOTION

To:  Thomas J. Aumann, Esq.            Juan David Pedraza, Esq.
     Office of the Corporation Counsel  Katz Law Office, Ltd.
     City of Chicago                    4105 West 26th Street
     30 North LaSalle Street, Suite 1020  Chicago, Illinois 60623
     Chicago, Illinois 60602

PLEASE TAKE NOTICE that on August 14, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Marvin E. Aspen at the U.S. District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, in Courtroom 2568, and then and there present the attached Motion to Withdraw as Counsel.

Respectfully submitted,

/s/ Gina L. Reynolds
_____
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I, Gina L. Reynolds, Esq., an attorney, hereby certify that on August 4, 2008, I electronically filed the foregoing Notice of Motion with clerk of the Circuit Court using the CM/ECF system which will send electronic notice of such to the above addressees.

/s/ Gina L. Reynolds
_____
Attorney for Plaintiff

Katz Law Office, Ltd.
Attorneys for Plaintiff
3157 N. California
Chicago, Illinois 60618
(773) 539-8700