## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Henry A. Cardenas

                    Plaintiff,

v.                                              Case No.: 1:08−cv−02452
                                               Honorable Marvin E. Aspen

City Of Chicago, et al.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/13/08:Gina L. Reynolds' Motion to withdraw as attorney [16] for plaintiff is granted. Motion terminated. Attorney Gina L. Reynolds terminated. The plaintiff will continue to be represented by the Katz Law Office. The motion hearing set for 8/14/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.