IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY A. CARDENAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08 cv 2452 |
| CITY OF CHICAGO, A.R. CARRANZA, DAVID T. TENCZA, M.S. FOSTER, R.A. KERO, M.J. DARLING, T.M. ROSALES, T.V. TANTILLO, E.L. MURPHY, J.D. DOSKOCZ, and R.R. AGUILAR | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

NOTICE OF FILING

TO: Thomas Aumann
30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602

YOU ARE HEREBY NOTIFIED that on August 21, 2008, the Plaintiff in the above-referenced case caused to be filed, via the Court's ECF system, its "First Amended Complaint".

/s/ J. David Pedraza
_____
Katz Law Office, Ltd.

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalties of perjury, pursuant to the Federal Rules of Civil Procedure, that I filed this notice with the court's ECF system.

/s/ J. David Pedraza
_____
Katz Law Office, Ltd.

Katz Law Office, Ltd.
3157 North California Avenue
Chicago, Illinois 60618
(773) 539-8700