IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY A. CARDENAS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO,<br>A.R. CARRANZA,<br>DAVID T. TENCZA, M.S. FOSTER,<br>R.A. KERO, M.J. DARLING,<br>T.M. ROSALES, T.V. TANTILLO,<br>E.L. MURPHY, J.D. DOSKOCZ,<br>and R.R. AGUILAR<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 08 cv 2452<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF FILING

TO:  Officer M.J. Darling
　　　c/o Chicago Police Department
　　　3510 S. Michigan Avenue
　　　Chicago, Illinois 60653

　　YOU ARE HEREBY NOTIFIED that on August 21, 2008, the Plaintiff in the above-referenced case caused to be filed, via the Court's ECF system, its "First Amended Complaint".

　　　　　　　　　　　　　　　　　　　　/s/ J. David Pedraza
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Katz Law Office, Ltd.

CERTIFICATE OF SERVICE

　　I, the undersigned, certify under penalties of perjury, pursuant to the Federal Rules of Civil Procedure, that I filed this notice with the court's ECF system.

　　　　　　　　　　　　　　　　　　　　/s/ J. David Pedraza
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Katz Law Office, Ltd.

Katz Law Office, Ltd.
4105 W. 26th Street
Chicago, Illinois 60623
(773) 321-6651