IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY A. CARDENAS, )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>CITY OF CHICAGO, )<br>A.R. CARRANZA, )<br>DAVID T. TENCZA, M.S. FOSTER, )<br>R.A. KERO, M.J. DARLING, )<br>T.M. ROSALES, T.V. TANTILLO, )<br>E.L. MURPHY, J.D. DOSKOCZ, )<br>and R.R. AGUILAR )<br>   )<br>   Defendants. ) | No. 08 cv 2452 |

NOTICE OF FILING

TO:   Officer M.S. Foster
      c/o Chicago Police Department
      3510 S. Michigan Avenue
      Chicago, Illinois 60653

    YOU ARE HEREBY NOTIFIED that on August 21, 2008, the Plaintiff in the above-referenced case caused to be filed, via the Court's ECF system, its "First Amended Complaint".

/s/ J. David Pedraza
_____
Katz Law Office, Ltd.

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalties of perjury, pursuant to the Federal Rules of Civil Procedure, that I filed this notice with the court's ECF system.

/s/ J. David Pedraza
_____
Katz Law Office, Ltd.

Katz Law Office, Ltd.
4105 W. 26th Street
Chicago, Illinois 60623
(773) 321-6651