IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HENRY A. CARDENAS,           )
                             )
    Plaintiff,              )
                             )
v.                           )    No. 08 cv 2452
                             )
CITY OF CHICAGO,             )
A.R. CARRANZA,               )
DAVID T. TENCZA, M.S. FOSTER,)
R.A. KERO, M.J. DARLING,     )
T.M. ROSALES, T.V. TANTILLO, )
E.L. MURPHY, J.D. DOSKOCZ,   )
and R.R. AGUILAR             )
                             )
    Defendants.             )

NOTICE OF FILING

TO:  Officer R.A. Kero
     c/o Chicago Police Department
     3510 S. Michigan Avenue
     Chicago, Illinois 60653

    YOU ARE HEREBY NOTIFIED that on August 21, 2008, the Plaintiff in the above-referenced case caused to be filed, via the Court's ECF system, its "First Amended Complaint".

/s/ J. David Pedraza
_____
Katz Law Office, Ltd.

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalties of perjury, pursuant to the Federal Rules of Civil Procedure, that I filed this notice with the court's ECF system.

/s/ J. David Pedraza
_____
Katz Law Office, Ltd.

Katz Law Office, Ltd.
4105 W. 26th Street
Chicago, Illinois 60623
(773) 321-6651