IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY A. CARDENAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 cv 2452 |
| ) | |
| CITY OF CHICAGO, ) | |
| A.R. CARRANZA, ) | |
| DAVID T. TENCZA, M.S. FOSTER, ) | |
| R.A. KERO, M.J. DARLING, ) | |
| T.M. ROSALES, T.V. TANTILLO, ) | |
| E.L. MURPHY, J.D. DOSKOCZ, ) | |
| and R.R. AGUILAR ) | |
| ) | |
| Defendants. ) | |

NOTICE OF FILING

TO:   Officer T.M. Rosales
      c/o Chicago Police Department
      3510 S. Michigan Avenue
      Chicago, Illinois 60653

YOU ARE HEREBY NOTIFIED that on August 21, 2008, the Plaintiff in the above-referenced case caused to be filed, via the Court's ECF system, its "First Amended Complaint".

/s/ J. David Pedraza
_____
Katz Law Office, Ltd.

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalties of perjury, pursuant to the Federal Rules of Civil Procedure, that I filed this notice with the court's ECF system.

/s/ J. David Pedraza
_____
Katz Law Office, Ltd.

Katz Law Office, Ltd.
4105 W. 26th Street
Chicago, Illinois 60623
(773) 321-6651