## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv2452            Assigned/Issued By: j. n.

Judge Name:                      Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets          ☐ Other

☐ Writ _____           _____
   *(Type of Writ)*                    _____
                                       *(Type of issuance)*

10  Original and  10  copies on  8-25-08  as to  R.R. AGUILAR; A.R.
                              *(Date)*
CARRANZA; M.J. DARLING; J.D. DOSKOCZ; M.S. FOSTER; R.A. KERO; E.L. MURPHY;

OFFICER T.M. ROSALES; T.V. TANTILLO; DAVID T. TENCZA